# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ANGELA HALL                                                                                          PLAINTIFF

v.                                          NO. 3:15-cv-00215 PSH

CAROLYN W. COLVIN, Acting Commissioner                                          DEFENDANT
of the Social Security Administration

## ORDER

Plaintiff Angela Hall ("Hall") commenced the case at bar by filing a complaint pursuant to 42 U.S.C. 405(g). In the complaint, she challenged the final decision of the Acting Commissioner of the Social Security Administration ("Commissioner"). On November 24, 2015, Hall filed a brief in support of her challenge to the Commissioner's final decision. The Commissioner responded to Hall's brief on December 3, 2015, by filing an unopposed motion to reverse and remand. See Pleading 13. In the motion, the Commissioner asked that this case be reversed and remanded so as to allow her to conduct "further proceedings pursuant to sentence four of 42 U.S.C. 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991)." See Pleading 13 at 1. The Commissioner represented that Hall's attorney was contacted, and counsel did not oppose the granting of the motion to reverse and remand.

For good cause shown, the motion to reverse and remand is granted.[1] This case is reversed and remanded in accordance with the terms outlined by the Commissioner. The remand in this case is a "sentence four" remand. The dismissal of this case is without prejudice to Hall's subsequent filing of a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act. A separate judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED this 3rd day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has confirmed that Hall's attorney does not oppose the granting of the motion to reverse and remand.