IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA HALL                                                                                              PLAINTIFF

v.                                              NO. 3:15-cv-00215 PSH

CAROLYN W. COLVIN, Acting Commissioner                                         DEFENDANT
of the Social Security Administration

## JUDGMENT

The ALJ's decision in the above-captioned matter is reversed. This case is remanded to the Acting Commissioner of the Social Security Administration pursuant to sentence four of 42 U.S.C. 405(g) for the purpose of conducting additional administrative proceedings consistent with the Order remanding this case.

IT IS SO ORDERED this 3rd day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE