IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELA HALL                                                                                            PLAINTIFF

v.                                       NO. 3:15-cv-00215 PSH

CAROLYN W. COLVIN, Acting Commissioner                                        DEFENDANT
of the Social Security Administration

ORDER

Plaintiff Angela Hall ("Hall") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Document 16. In the motion, she seeks fees and expenses totaling $2,043.12. The Acting Commissioner of the Social Security Administration has no objection to the amount of fees and expenses requested by Hall.

The Court has reviewed Hall's motion and finds nothing unreasonable about the hours of work performed, the hourly rate requested, or the amount of expenses requested. The motion is granted, and fees and expenses totaling $2,043.12 are awarded to Hall. Because the award belongs to Hall, and not her attorney, see Astrue v. Ratliff, — U.S. —, 130 S.Ct. 2521, 177 L.E.2d 91 (2010), the Department of Treasury shall issue

payment of this award by check made payable to Hall, in care of her attorney, Anthony W. Bartels ("Bartels"), and shall mail the check to Bartels at his Jonesboro, Arkansas, address.

IT IS SO ORDERED this 10th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE